IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYSON L. TILDEN,<br><br>Plaintiff,<br><br>vs.<br><br>MENTAL HEALTH/RECEPTION TREATMENT CENTER, Lincoln, NE; WILLAM JOHNSON, NDCS Psychiatrist, in his individual and official compacity; KIM ISABELL, Charge Nurse, in her individual and official compacity; and ZACHERY BARNES, Behavioral Case Worker, in his individual and official compacity;<br><br>Defendants. | **8:26CV412**<br><br>**ORDER** |

This matter is before the Court for case management. Plaintiff filed an unsigned Complaint, Filing No. 1, on August 10, 2026, and the Clerk of the Court directed him to correct the signature deficiency by September 1, 2026. On September 8, 2026, Plaintiff filed what the Court construes as an Amended Complaint, Filing No. 8, which Plaintiff signed and clearly intends to serve as his operative pleading, and a motion for leave to proceed in forma pauperis ("IFP"), Filing No. 9, in accordance with the Court's August 18, 2026, order, *see* Filing No. 7. Accordingly,

IT IS ORDERED that:

1. The Court will consider Plaintiff's signed Amended Complaint, Filing No. 8, as the operative complaint.

2. The Clerk of the Court is directed to terminate the signature deficiency deadline of September 1, 2026, as the Court considers the deficiency satisfied by Filing No. 8.

3. Plaintiff is advised that the next step in his case is for the Court to rule on his pending IFP motion once the Court receives a certified copy of Plaintiff's six-month trust account statement, which the Court has requested from Plaintiff's institution.

Dated this 14th day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge